**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-5, ASSET-BACKED CERTIFICATES, SERIES 2007-5,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ENTRUST EDUCATION TRUST/DEUK CHOI TRUSTEE, *et al.,*<br><br>　　　　　　　Defendants. | Case No.: 3:16-CV-00758-RCJ-VPC<br><br>**ORDER VACATING ORAL ARGUMENT CURRENTLY SET ON MAY 29, 2018 AND RESCHEDULING TO JULY 10, 2018** |
| ENTRUST EDUCATION TRUST, KWANGSUN CHOE TRUSTEE,<br><br>　　　　　　　Counterclaimant,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-5, ASSET-BACKED CERTIFICATES, SERIES 2007-5,<br><br>　　　　　　　Counter-Defendant. | |
| ENTRUST EDUCATION TRUST, KWANGSUN CHOE TRUSTEE,<br><br>　　　　　　　Cross-Claimant,<br><br>v.<br><br>MEADOWVIEW TERRACE TOWNHOUSE ASSOCIATION,<br><br>　　　　　　　Cross-Defendant, | |
| MEADOWVIEW TERRACE TOWNHOUSE ASSOCIATION,<br><br>　　　　　　　Third Party Plaintiff,<br><br>v.<br><br>THE CLARKSON LAW GROUP, P.C.,<br><br>　　　　　　　Third Party Defendant. | |

Presently before the Court is Defendant's Motion for Summary Judgment (ECF No. 30); Plaintiff's Motion for Summary Judgment (ECF No. 31). Accordingly,

IT IS HEREBY ORDERED that ORAL ARGUMENT currently set for 10:00 AM, Tuesday, May 29, 2018, in RENO COURTROOM 3, before Judge Robert C. Jones is VACATED.

IT IS FURTHER ORDERED that ORAL ARGUMENT is RESCHEDULED to 10:30 AM., Tuesday, July 10, 2018, in RENO COURTROOM 3, before Judge Robert C. Jones.

IT IS SO ORDERED this 16th day of May, 2018.

_____
ROBERT C. JONES
District Judge