MICHAEL LEHNERS, ESQ.
Nevada State Bar No.: 3331
429 Marsh Avenue
Reno, NV 89509
(775) 786-1695
New Counsel for the Entrust Education Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

oOo

WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-5 ASSET-BACKED CERTIFICATES, SERIES 2007-5,

    Plaintiff,

vs.

CASE NO.: 3:16-cv-00758-RJC-VPC

ENTRUST EDUCATION TRUST/DEUK CHOI TRUSTEE, et. al.,

    Defendant.
_____/
AND ALL COUNTERCLAIMS
_____/
AND ALL CROSSCLAIMS
_____/
AND ALL THIRD-PARTY ACTIONS
_____/

## SUBSTITUTION OF ATTORNEY

KWANGSUN CHOE, in her capacity as Trustee of the ENTRUST EDUCATION TRUST, Defendant herein hereby substitutes MICHAEL LEHNERS, ESQ., in as its attorney in this action, in the place and stead of JAMES M. WALSH, ESQ., of Walsh, Baker & Rosevear.

DATED this 3 day of August, 2018.

                              KWANGSUN CHOE, TRUSTEE
                              Entrust Education Trust
                              Defendant

## CONSENT TO SUBSTITUTION

JAMES M. WALSH, ESQ., of Walsh, Baker & Rosevear, Attorney of Record for Defendant, ENTRUST EDUCATION TRUST, KWANGSUN CHOE TRUSTEE does hereby consent to the substitution of MICHAEL LEHNERS, ESQ., as attorney for the Defendant in the above-entitled matter in her place and stead.

DATED this 3rd day of August, 2018.

JAMES M. WALSH, Esq.
Walsh, Baker & Rosevear
9468 Double R. Blvd, Suite A
Reno, NV 89521
Attorney for Defendant.

## ACCEPTANCE OF SUBSTITUTION

MICHAEL LEHNERS, ESQ., hereby accept the substitution as counsel of record with respect to the above-entitled matter and will now be acting as attorney of record for the Defendant, ENTRUST EDUCATION TRUST, KWANGSUN CHOE, TRUSTEE.

DATED this 6 day of August, 2018.

**AFFIRMATION**
Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document filed in case herein does not contain the social security number of any person.

MICHAEL LEHNERS, ESQ.
429 Marsh Avenue
Reno, NV 89509
775-786-1695
New counsel for Defendant

## CERTIFICATE OF SERVICE BY MAIL

Pursuant to Nevada Rule of Civil Procedure 5(b), I certify that on the 6 day of August, 2018, I deposited for mailing in the United States Post Office in Reno, Nevada, with postage thereon fully prepaid, a true copy of the within **SUBSTITUTION OF ATTORNEY** addressed as follows:

James M. Walsh, Esq.
Walsh, Baker & Rosevear
9468 Double R. Blvd, Suite A
Reno, NV 89521

Dana Jonathon Nitz
Michael S. Kelley
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

James W Pengilly
Elizabeth B Lowell
Pengilly Law Firm
1995 Village Center Circle Suite 190
Las Vegas, NV 89134-0562

_____
Dolores Stigall

IT IS SO ORDERED this 7th day of August, 2018.

_____
ROBERT C. JONES