LEACH KERN GRUCHOW
ANDERSON SONG
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
RYAN D. HASTINGS
Nevada Bar No. 12394
rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Meadowview Terrace Townhouse Association*

```
         FILED          ____ RECEIVED
  ✓ _____                ____ SERVED ON
   ____ ENTERED        COUNSEL/PARTIES OF RECORD

              JAN 10 2019

          CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
    BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-5, ASSET-BACKED CERTIFICATES, SERIES 2007-C,

Plaintiff,

vs.

ENTRUST EDUCATION TRUST/DEUK CHOI TRUSTEE; MEADOWVIEW TERRACE TOWNHOUSE ASSOCIATION,

Defendants.

Case No.: 3:16-cv-00758-RCJ-VPC

ORDER

MOTION TO SUBSTITUTE COUNSEL

Defendant Meadowview Terrace Townhouse Association (the "Association"), hereby moves to substitute the law firm of Leach Kern Gruchow Anderson Song as its attorney of record in the place and stead of Robbins Law Firm (formerly Pengilly Law Firm) in the above-entitled action.

///

///

-1-

The Robbins Law Firm hereby consents to the substitution of the law firm of Leach Kern Gruchow Anderson Song as attorney of record for the Association in its place and stead. Dated this 8th day of ~~December~~ January 9, ~~2018~~.

ROBBINS LAW FIRM

*Elizabeth Lowell*

1995 Village Center Circle, #190
Las Vegas, NV 89134
(702) 889-6665

The law firm of Leach Kern Gruchow Anderson Song hereby consents to its substitution of attorney of record for the Association in the place and stead of Robbins Law Firm.

Dated this _____ day of December, 2018.

LEACH KERN GRUCHOW ANDERSON SONG

/s/ Sean L. Anderson

Sean L. Anderson
Nevada Bar No. 7259
Ryan D. Hastings
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128

///

///

///

-2-

The Association hereby consents to the substitution of Leach Kern Gruchow Anderson Song as its counsel of record in the place and stead of Robbins Law Firm.

MEADOWVIEW TERRACE TOWNHOUSE ASSOCIATION

By: *Brett Watson, V.P.*

Name: BRETT WATSON

Its: VICE PRESIDENT

## ORDER

IT IS SO ORDERED this 10th day of ~~December, 2018~~ January, 2019.

_____
United States Magistrate Judge