# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-5, ASSET-BACKED CERTIFICATES, SERIES 2007-5,<br><br>Plaintiff,<br><br>vs.<br><br>ENTRUST EDUCATION TRUST/DEUK CHOI TRUSTEE, *et al.,*<br><br>Defendants. | Case No.: 3:16-CV-00758-RCJ-CLB<br><br>ORDER |

The Court entered Order (ECF No. 44) granting plaintiff's motion for summary judgment (ECF No. 31) and directed plaintiff to file a notice of voluntary dismissal of any remaining claims. On August 7, 2018, plaintiff filed the Notice of Voluntary Dismissal (ECF No. 47). Accordingly,

IT IS HEREBY ORDERED that the Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED.

Dated this 9th day of February, 2021.

_____
ROBERT C. JONES
United States District Judge

1